v. *United States*, 236 U. S. 216. *Mr. John G. Park* for plaintiffs in error. *Mr. William S. Hogsett* and *Mr. Mont T. Prewitt* for defendant in error.

---

No. 525. WESTERN UNION TELEGRAPH COMPANY *v.* NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY COMPANY. Appeal from the Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss or affirm submitted December 16, 1918. Decided December 23, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *a.* § 128 of the Judicial Code; *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.*, 237 U. S. 300; *b. Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 314; *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.*, 228 U. S. 596, 600. (2) *Pensacola Telegraph Co.* v. *Western Union Telegraph Co.*, 96 U. S. 1; *Western Union Telegraph Co.* v. *Ann Arbor R. R. Co.*, 178 U. S. 239; *Western Union Telegraph Co.* v. *Pennsylvania R. R. Co.*, 195 U. S. 540; *Western Union Telegraph Co.* v. *Richmond*, 224 U. S. 160; *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.*, 237 U. S. 300. See *Western Union Telegraph Co.* v. *Louisville and Nashville R. R. Co.*, 244 U. S. 649. See also *Western Union Telegraph Co.* v. *Louisville & Nashville R. R. Co.*, ante, 532. *Mr. William L. Clay* and *Mr. Rush Taggart* for appellant. *Mr. Henry C. Peeples* and *Mr. Claude Waller* for appellee. See *post*, 576.

---

No. 60. HERBERT M. SEARS *v.* INHABITANTS OF THE TOWN OF NAHANT, ETC. Error to the Superior Court of the State of Massachusetts. Argued December 16, 1918. Decided December 23, 1918. *Per Curiam.* Dismissed

for want of jurisdiction upon the authority of (1) *McCain* v. *Des Moines*, 174 U. S. 168, 181; *Western Union Telegraph Co.* v. *Ann Arbor R. R. Co.*, 178 U. S. 239, 243; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147.    (2) *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley*, 205 U. S. 225, 232; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216.    (3) *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.*, 228 U. S. 596, 599; *Cuyahoga River Power Co.* v. *Northern Realty Co.*, 244 U. S. 300, 304; *Bilby* v. *Stewart*, 246 U. S. 255, 257.    *Mr. Burton E. Eames* for plaintiff in error.    *Mr. Robert G. Dodge*, with whom *Mr. Arthur D. Hill* and *Mr. Richard H. Wiswall* were on the brief, for defendant in error.

No. 61. FREDERICK R. SEARS ET AL. *v.* INHABITANTS OF THE TOWN OF NAHANT, ETC.    Error to the Superior Court of the State of Massachusetts.    Argued December 16, 1918.    Decided December 23, 1918.    *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *McCain.* v. *Des Moines*, 174 U. S. 168, 181; *Western Union Telegraph Co.* v. *Ann Arbor R. R. Co.*, 178 U. S. 239, 243; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147.    (2) *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Empire State-Idaho Mining. Co.* v. *Hanley*, 205 U. S. 225, 232; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216.    (3) *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.*, 228 U. S. 596, 599; *Cuyahoga River Power Co.* v. *Northern Realty Co.*, 244 U. S. 300, 304; *Bilby* v. *Stewart*, 246 U. S. 255, 257. *Mr. Burton E. Eames* for plaintiffs in error.    *Mr. Robert G. Dodge*, with whom *Mr. Arthur D. Hill* and *Mr. Richard H. Wiswall* were on the brief, for defendant in error.